UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| Hadassa Investment Security Nigeria, Ltd* *Plaintiff* | Civil Action No.: 6:13-CV-2795 |
| Versus | Judge Richard T. Haik, Sr. |
| Swiftships Shipbuilders, LLC *Defendant* | Magistrate Judge Whitehurst |

## AMENDED MOTION FOR CONTEMPT

Considering the Motion for Contempt (Doc 98) filed by Hadassa Investment Security Nigeria, Ltd. ("Hadassa") and the allegations made therein, which are incorporated herein and made a part hereof by reference, and on the bases and authorities contained in the Memorandum of Authorities filed with Doc 98, Hadassa prays as follows:

That Swiftships Shipbuilders LLC be Ordered to appear and show cause if any it can, on a date and time set by this Court.

**WHY** it should not to be held in Contempt of Court for failing to comply with the previous Orders of this Court ordering Swiftships Shipbuilders LLC to pay the sum of $1,499,910 with sixty (60) days of January 12, 2016 to Hadassa Investment Security Nigeria, Ltd., and to pay Hadassa Investment Security Nigeria, Ltd. Attorney fees of $60,130 within sixty (60) days of January 12, 2016, and

**WHY** Swiftships Shipbuilders LLC should not be ordered to immediately pay the $1,499,910 and the $60,130 to Hadassa Investment Security Nigeria, Ltd., plus the daily post

judgment interest amount of $27.78 from January 12, 2016 until paid, to purge its contempt; and

**WHY** this Court should not impose other compensatory and coercive sanctions and/or fines against Swiftships Shipbuilders LLC of $1,560,040 per day from March 16, 2016, until the Court receives notice from Hadassa Investment Security Nigeria, Ltd. that payment has been made by Swiftships Shipbuilders LLC, and

**WHY** this Court should not order Swiftships Shipbuilders LLC to pay the attorney fees of Hadassa Investment Security Nigeria, Ltd. for filing this Motion for Contempt.

By Attorney:

NEIL H. MIXON (LSBA # 8728)
**MIXON LAW OFFICE, LLC**
5822 Antioch Boulevard
Baton Rouge, LA 70817-3207
Telephone/Fax: (225) 755-3224
E-Mail: neilmixonesq@aol.com

### CERTIFICATE OF SERVICE

I certify that I electronically filed the Hadassa Investment Security Nigeria, Ltd.'s Amended Motion for Contempt and the proposed Amended Show Cause Order with the Clerk of Court using the Court's ECF system, which sent notification to opposing Counsel Wesley James Blanchard, wj.blanchard@gmail.com, this 21st day of March 2016.

NEIL H. MIXON