**RECEIVED**

SEP 2 3 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVIDSON

| | |
|---|---|
| HADASSA INVESTMENT SECURITY SECURITY NIGERIA, LTD. | CIVIL ACTION NO. 13-2795 |
| VERSUS | JUDGE DOHERTY |
| SWIFTSHIPS SHIPBUILDERS, LLC | MAGISTRATE JUDGE WHITEHURST |

### JUDGMENT

For the reasons stated on the record at the show cause hearings conducted on June 1, 2016 and September 16, 2016,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Amended Motion for Contempt [Doc. 108] is DENIED, this Court concluding that the January 11, 2016 Judgment issued by Judge Richard T. Haik, Sr. is a final judgment that cannot be altered or amended by this Court under the procedure utilized by the parties.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Motion for Leave to File Supplemental Motion for Contempt [Doc. 121] and the Motion for Leave to File Reply to Response to Motion [Doc. 123] are DENIED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT this matter remains closed, all outstanding motions having been ruled on by this Court.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 23rd day of September, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT